(October 5, 1967)

MURRAY BLOOM, Respondent, v. ORIENTAL REALTY CORPORATION, Appellant

Concur — Stevens, J. P., Eager, Capozzoli, Tilzer and McGivern, JJ.

AUDREY TOBIAS, Respondent-Appellant, v. MANHATTAN EYE & EAR HOSPITAL et al., Appellants-Respondents, and CITY OF NEW YORK, Respondent.—

Concur — Eager, J. P., Steuer, Capozzoli, Rabin and McNally, JJ.